IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| | § | CASE NUMBER 6:17-CR-00002-JDK |
| v. | § § § § | |
| SAIHAINE NIJEL FREEMAN (2), | § § | |

REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

On April 25, 2023, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Saihaine Nijel Freeman. The government was represented by Alan Jackson, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Jonathan Hyatt, Federal Public Defender.

Defendant originally pled guilty to the offense of Possession with Intent to Distribute less than 28 Grams of Cocaine Base, a Class C felony. This offense carried a statutory maximum imprisonment term of 20 years. The United States Sentencing Guideline range, based on total offense level of 23 and criminal history category of III, was 57 to 71 months. On September 26, 2017, District Judge Thad Heartfield of the Eastern District of Texas sentenced Defendant to 57 months imprisonment followed by 3 years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, drug abuse testing and treatment, and acquisition of a GED certificate. On April 29, 2021, Defendant completed his term of imprisonment and began his term of supervision.

Under the terms of supervised release, Defendant was required to refrain from unlawful use of a controlled substance. In Allegation 1 of its petition, the government alleges that Defendant violated his conditions of supervised release by testing positive for the use of marijuana on June 16 and June 29, 2022.

If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by using a controlled substance as evidenced by testing positive for the use of marijuana, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of III, the Guideline imprisonment range for a Grade C violation is 5 to 11 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in Allegation 1 of the government's petition. In exchange, the government agreed to recommend to the court a sentence of eight months with no supervised release to follow.

The court therefore **RECOMMENDS** that Defendant Saihaine Nijel Freeman's plea of true be accepted and that he be sentenced to eight months imprisonment with no supervised release to follow. The court further **RECOMMENDS** that the place of confinement be FCI Seagoville, Texas or FCI Texarkana, Texas. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 26th day of April, 2023.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE