IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 6:17-CR-00002-JDK |
| v. | § | |
| | § | |
| | § | |
| SAIHAINE NIJEL FREEMAN (2) | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States

Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of

Magistrate Judge John D. Love, which contains his proposed findings of fact and

recommendations for the disposition of such action, has been presented for

consideration. The parties have waived their objections to the Report and

Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate

Judge are correct. Therefore, the Court hereby adopts the Report of the United States

Magistrate Judge as the findings and conclusions of this Court and **ORDERS**

that Defendant Saihaine Nijel Freeman be sentenced to eight months'

imprisonment with no supervised release to follow. The Court recommends that the

place of confinement be FCI Seagoville, Texas, or FCI Texarkana, Texas.

1

So **ORDERED** and **SIGNED** this **2nd**  day of  **May, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE